**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-8020**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MAURICE ANTHONY KING,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (CR-02-402)

_____

Submitted:  February 9, 2005        Decided:  February 17, 2005

_____

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Maurice Anthony King, Appellant Pro Se. Olivia N. Hawkins, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice A. King appeals the district court's order denying his motion for production of transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis on appeal, we affirm on the reasoning of the district court. See United States v. King, No. CR-02-402 (E.D. Va. Dec. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED